STATES; and ACOSTA-ORELLANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9275. UNDER SEAL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9277. NELSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–9281. WEST v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–9288. CONTRERAS OJEDA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9289. MEZA-URTADO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–9290. PENA-REYES v. UNITED STATES (Reported below: 87 Fed. Appx. 930); SANCHEZ-LOPEZ v. UNITED STATES (85 Fed. Appx. 363); TREJO-SEGURA v. UNITED STATES (83 Fed. Appx. 620); MARTINEZ-CARRISALES v. UNITED STATES (85 Fed. Appx. 367); BELMARES-DELGADO v. UNITED STATES (82 Fed. Appx. 901); ANGULO v. UNITED STATES (83 Fed. Appx. 622); CORNEJO-ALCAREZ v. UNITED STATES (82 Fed. Appx. 902); DE LA GARZA-RODRIGUEZ v. UNITED STATES (83 Fed. Appx. 623); QUINTERO-GUEVARA, AKA ACOLTZI-GUEVARA v. UNITED STATES (82 Fed. Appx. 908); MALDONADO-GALLEGOS v. UNITED STATES (82 Fed. Appx. 904); MALDONADO-GALLEGOS v. UNITED STATES (83 Fed. Appx. 625); PEDROZA-SALINAS v. UNITED STATES (82 Fed. Appx. 923); MEJIA-CUELLAR v. UNITED STATES (82 Fed. Appx. 909); MARTINEZ-ESTRADA v. UNITED STATES (82 Fed. Appx. 925); ESPINOSA-HERNANDEZ, AKA ESPINOSA v. UNITED STATES (82 Fed. Appx. 953); RESENDEZ-HERNANDEZ, AKA FLORES v. UNITED STATES (83 Fed. Appx. 626); ROMERO-MARTINEZ v. UNITED STATES (82 Fed. Appx. 927); HERNANDEZ-VELASQUEZ v. UNITED STATES (82 Fed. Appx. 926); FRANCISCO-GOMEZ v. UNITED STATES (84 Fed. Appx. 383); DELGADO-HERNANDEZ v. UNITED STATES (87 Fed. Appx. 923); ARDON, AKA ORTIZ-GONZALEZ v. UNITED STATES (84 Fed. Appx. 384); JIMINEZ-MARTINEZ v. UNITED STATES (82 Fed. Appx. 913); VELA-

BECERRA, AKA GARAY, AKA GARAY-RAMIREZ *v.* UNITED STATES (87 Fed. Appx. 423); BARRAZA-PEREZ *v.* UNITED STATES (87 Fed. Appx. 967); and LOEZA-CASTANEDA *v.* UNITED STATES (82 Fed. Appx. 929). C. A. 5th Cir. Certiorari denied.

No. 03–9297. ERVIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9298. EDMONDSON, AKA MOORER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9299. KIRBY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9300. MARTINEZ-HERNANDEZ, AKA CAMPOS-HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9319. ALTAMIRANO-VARGAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–918. CHEVY CHASE BANK, F. S. B., ET AL. *v.* WELLS ET AL. Ct. App. Md. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 03–8848. AVILES *v.* COLORADO. Ct. App. Colo. Motion of petitioner to consolidate case with No. 03–407, *Kowalski, Judge, 26th Judicial Circuit Court of Michigan, et al.* v. *Tesmer et al.* [certiorari granted, 540 U. S. 1148], denied. Certiorari denied.

No. 03–839. IN RE GENTILUOMO, 540 U. S. 1176;

No. 03–6458. MODENA *v.* UNITED STATES, 540 U. S. 1185;

No. 03–7130. BUTLER *v.* MADISON COUNTY JAIL ET AL., 540 U. S. 1119;

No. 03–7375. ARDOIN *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 540 U. S. 1151;

No. 03–7627. KENDRICK *v.* UNITED STATES, 540 U. S. 1133;

No. 03–7693. NEVITT *v.* CHAPEL ET UX. (two judgments), 540 U. S. 1187;